IN THE MATTER OF IRVING J. ZWILLMAN, AN ATTORNEY-AT-LAW.

Argued June 30, 1972—Decided July 14, 1972.

*Mr. Frederick C. Vonhof,* for the order.

*Mr. Daniel Leff* for the respondent Irving J. Zwillman.

PER CURIAM. The respondent was charged with criminal offenses in connection with a conspiracy to defraud an insurance carrier. His first jury trial resulted in convictions which he appealed. The Appellate Division reversed and remanded for a new trial. *State v. Zwillman,* 112 *N. J. Super.* 6 (1970). His second jury trial also resulted in convictions

which he appealed. On May 30, 1972 the Appellate Division affirmed the convictions and on July 10, 1972 we denied certification. 61 *N. J.* 162 (1972). The nature of the respondent's misconduct clearly requires that his name be stricken from the roll of attorneys-at-law and it is so ordered. See *In re Perwin*, 60 *N. J.* 174 (1972); *In re Yormark*, 60 *N. J.* 175 (1972).

Disbarred.

*For disbarment*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and MOUNTAIN.—7.

*Opposed*—None.